UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re The Matter of:<br><br>United States' Petition for Summary Enforcement and Costs Re: Civil Investigative Demand Nos. EDWA 21-004 and EDWA 21-005 | No. 4:21-cv-5067<br><br>[PROPOSED] ORDER<br><br>RE: UNITED STATES' MOTION TO EXPEDITE THE UNITED STATES' PETITION FOR SUMMARY ENFORCEMENT AND COSTS RE: CIVIL INVESTIGATIVE DEMAND Nos. EDWA 21-004 and EDWA 21-005 |

THIS MATTER having come before the Court, without oral argument, and the Court having considered the United States' Petition For Summary Enforcement and Costs Re: Civil Investigative Demand Nos. EDWA 21-004 and EDWA 21-005, and the accompanying Motion to Expedite the hearing, the Court finds good cause to expedite the hearing of the United States petition, and it is hereby

ORDERED and adjudged that the United States' motion to expedite the hearing on the petition is granted.

DATED this ___ day of _____, 2021.

_____
THOMAS O. RICE
UNITED STATES DISTRICT JUDGE

**[PROPOSED]** ORDER RE MOTION TO EXPEDITE- 1